## MEMORANDUM DECISIONS

ACHESON, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department, May 29, 1914.) Action by Charles B. Acheson against the Illinois Surety Company. No opinion. Judgment affirmed, with costs.

ACKERMAN, Respondent, v. STACEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Schuyler Ackerman, as administrator, etc., against Irving E. Stacey.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 157 App. Div. 835, 143 N. Y. Supp. 227.

FOOTE, J., not sitting.

ADAMS, Respondent, v. HEALY, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Cushing Adams against William P. Healy.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 10 days after entry of the order herein plaintiff stipulate to reduce the verdict by deducting therefrom the sum of $6,-666.66, with interest from July 31, 1911, to October 30, 1915, in which event the judgment, as thus modified, and the order appealed from, are affirmed, without costs.

CARR, J., dissents, and votes for unconditional reversal.

ADAMS v. LEARY. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Harry Adams against George Leary. No opinion. Application denied, with $10 costs. Order signed.

In re AKIN'S ESTATE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of the estate of Sarah Akin, deceased. No opinion. Decree affirmed, with costs. Order filed. For opinion below, see 145 N. Y. Supp. 1105. See, also, 148 N. Y. Supp. 1103.

In re AKIN'S ESTATE. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of Sarah Akin, deceased. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1103.

ALEXANDER et al. v. TRENT TILE CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Elmer E. Alexander and others against the Trent Tile Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 148 N. Y. Supp. 1103.

ALEXANDER et al. v. TRENT TILE CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Elmer F. Alexander and others against the Trent Tile Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1103.

ALLOTT, Respondent, v. THORNE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Lucy M. Allott against Richard Van W. Thorne and others, as administrators, etc., of Ellen S. Haslett, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

ALTHERR, Respondent, v. SOHMER, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Henry R. Altherr against Edwin W. Sohmer. No opinion. Judgment and order unanimously affirmed, with costs.

ALTORIA REALTY & CONST. CO., Respondent, v. DELACEY, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Altoria Realty & Construction Company against Peter Delacey. C. A. Winter, of New York City, for appellant. H. Asher, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

A. M. ENGEL & CO., Inc., v. DAVIS. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by A. M. Engel & Co., Incorporated, against Robert L. Davis. No opinion. Application denied, with $10 costs. Order signed. See, also, 81 Misc. Rep. 202, 142 N. Y. Supp. 469.

AMERICAN SEEDING MACH. CO., Respondent, v. MacARTHUR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by the American Seeding Machine Company against John A. MacArthur and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ANDEAN TRADING CO. v. W. I. TULIN CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by the Andean Trading Company against the W. I. Tulin Company. No opinion. Application denied, with $10 costs. Order signed.

ANDERSON, Respondent, v. EBLING, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by John A. Anderson against Mollie Ebling. No opinion. Order affirmed, with $10 costs and disbursements.